THE STATE EX REL. MARTIN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Martin v. Indus.*
*Comm.* (1998), 84 Ohio St.3d 114.]

(No. 97–65—Submitted October 12, 1998—Decided December 9, 1998.)

*Dennis O. Norman,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Michael A. Vanderhorst,* Assistant Attorney General, for appellee Industrial Commission.

*Mentzer, Vuillemin & Mygrant Ltd.* and *Thomas M. McCarty,* for appellee Louisiana–Pacific Corp.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.